UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| RENITA C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:05-CV-085 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA; UNUMPROVIDENT | ) |
| CORPORATION; H.C.A. MID AMERICA | ) |
| SUPPLY CHAIN, and H.C.A. GROUP LONG- | ) |
| TERM DISABILITY INSURANCE PLAN, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## O R D E R

On September 20, 2005 the Court ordered the parties in this case to file a notice of dismissal on or before October 20, 2005 (Court File No. 24). The parties now jointly request an additional two weeks to file a notice of dismissal (Court File No. 25). The Court hereby **GRANTS** the parties' motion for additional time. The parties **SHALL FILE** a notice of dismissal on or before **November 3, 2005**. If the parties fail to file a notice of dismissal on or before November 3, 2005 the Court intends to dismiss the case with prejudice.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER, CHIEF**
**UNITED STATES DISTRICT JUDGE**